UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CUPERTINO UNION SCHOOL DISTRICT, | Case No. 13-cv-04659-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| K.A., BY AND THROUGH S.A. AND J.S., et al., | |
| Defendants. | |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 05/29/2014 at 2:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the Plaintiff set appointment with FLASH.
6  IT IS FURTHER ORDERED THAT the Plaintiff obtain counsel by 05/29/2014.
7  IT IS FURTHER ORDERED THAT a Further Case Management Conference is set for
8 05/29/2014 at 2:30 PM.

10 Dated:  May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge