UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUPERTINO UNION SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K.A., BY AND THROUGH S.A. AND J.S., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04659-BLF<br><br>**ORDER RE JOINDER OF INDISPENSABLE PARTY AND LEAVE FOR DEFENDANT TO AMEND COUNTERCLAIM; CASE MANAGEMENT ORDER** |

On May 29, 2014, counsel for Plaintiff Cupertino Union School District appeared before Judge Beth Labson Freeman for a Case Management Conference. Defendant did not appear.

Upon careful consideration of the posture in this case as well as controlling authority from the U.S. Supreme Court, *Winkelman ex rel. Winkelman v. Parma City Sch. Dist.*, 550 U.S. 516 (2007), the Court ORDERS as follows:

1. Mr. Subramanyam Ajjampura, Defendant K.A.'s father and court-appointed guardian ad litem, shall be joined as an indispensable party and named as an individual defendant in Plaintiff's complaint. Plaintiff shall file an amended complaint adding Mr. Ajjampura as a named defendant and serve the amended complaint on all parties.

2. The Answer filed by Defendant K.A. on November 5, 2013, (Answer, ECF 7), shall be deemed the answer of Defendant Mr. Ajjampura.

3. Within **twenty-one (21) days** of the date of this order, Mr. Ajjampura may file an amended set of counterclaims in his own name. Other than the addition of Mr. Ajjampura as a named counterclaimant, no other amendments to the counterclaims will be permitted without further court order. Absent such amendment, the

counterclaims asserted by Defendant K.A. will be dismissed on the ground that a non-attorney parent is not authorized to represent his child *pro se*. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997).

4. Should Mr. Ajjumpura file counterclaims in his own name, Plaintiff's Answer to Counterclaim filed November 27, 2013, (Pl.'s Answer, ECF 9), shall be deemed the answer to Mr. Ajjampura's counterclaims.

5. Because Mr. Ajjampura may represent himself in vindicating his independent right under the IDEA to a free appropriate public education for his child, *Winkelman*, 550 U.S. 516, 533, Defendant K.A.'s Motion for Appointment of Attorney filed May 20, 2014, (ECF 30), is DENIED.[1]

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DEADLINE |
| --- | --- |
| Plaintiff to Lodge Administrative Record | June 20, 2014 |
| Parties to File Motions for Summary Judgment | July 18, 2014 |
| Parties to File Opposition to Motions for Summary Judgment | August 1, 2014 |
| Parties to File Replies to Motions for Summary Judgment | August 15, 2014 |
| Hearing on Motions for Summary Judgment | September 4, 2014<br>9:00 a.m.<br>Courtroom 3, 5th Floor, San Jose Courthouse |

IT IS FURTHER ORDERED THAT the parties shall comply with the Civil Local Rules and the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated: May 30, 2014

BETH LABSON FREEMAN
United States District Judge

---

[1] The Court's March 12, 2014 Order to Show Cause, (ECF 22), is hereby VACATED.